IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 SEP 18 PM 2:37
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 6:14CR10-10 |
| MARY A. MCDILDA, | ) | |
| Defendant. | ) | |

### MINUTE ORDER

The above cause having come before the Court on the 18th day of September, 2014, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's Motion for Discovery (doc. 118), Motion for Release of Brady Material (doc. 119) and Motion for Jencks Material (doc. 120) are hereby GRANTED. The motions, however, have been satisfied by the Governments open-file discovery in this case.

Government's Motion for Reciprocal Discovery is hereby GRANTED.

All other pretrial motions are moot.

**SO ORDERED** this 18Th day of September, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA